# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUELLO LOFTON,<br><br>        Plaintiff,<br><br>   vs.<br><br>FCA US, LLC; ELK GROVE DODGE CHRYSLER JEEP RAM; and DOES 1 through 10, Inclusive,<br><br>        Defendants. | **CASE NO.: 2:21-cv-01012-MCE-AC**<br><br>(Removed California Superior Court, Sacramento County Case No. 34-2020-00291061)<br><br>**ORDER RE JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:   December 21, 2020<br>Trial:   None |

Based on a review of the Joint Stipulation and Order for Dismissal with Prejudice (the "Stipulation"), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**.

///
///
///
///
///
///
///

Pursuant to Rule 41(a)(1)(A)(ii) of Federal Rules of Civil Procedure, the above-captioned action is dismissed in its entirety with prejudice. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: June 1, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE